Samuel K. Giles, MBA U.S. Patent Agent Reg. # 68,877
INTELLECTUAL CAPITAL CONSULTING, LTD.
3160 W. 71st Avenue, Suite 307
WESTMINSTER, COLORADO 80030
(800) 545-4290

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Intellectual Capital Consulting, Ltd., Plaintiff, | Civil Action No. |
| v. | CREDIT CARD FILING FEE PAYMENT REQUEST VIA PHONE |
| Hyundai Motor Company, Hyundai Motor America, Hyundai Motor Manufacturing Alabama, LLC, General Motors Corporation, General Motors, LLC, Onstar, LLC, Audi AG Audi of America, LLC, Audi of America, Inc., Volkswagen AG, Volkswagen Group of America, Inc., BMW of North America, LLC., Bayerische Motoren Werke AG, Dr. Ing. h.c. F. Porsche AG, Porsche Cars North America, Inc., DEI Holdings, Inc., Directed Electronics, Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, LG Corporation, LG Electronics U.S.A. Inc., LG Electronics Mobilecomm U.S.A., Inc., Sony Corporation, Sony Electronics, Inc., Sony Corporation of America, Lenovo Limited Group, Lenovo Holding Company, Inc., Lenovo (United States), Inc., Motorola Mobility, Inc., Apple, Inc., Station Digital Media, Inc., and Rego Apps, LLC, Defendants. | JURY TRIAL DEMANDED |

## CREDIT CARD FILING FEE PAYMENT REQUEST VIA PHONE

NOW COMES the Plaintiff, INTELLECTUAL CAPITAL CONSULTING, LTD. appearing pro se (hereinafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to pay the necessary filling fees for the attached complaint with a credit card via phone. Further, Pro Se Litigant respectfully requests that an administrator from the Court call the Pro Se Litigant at the phone number below to commence credit card payment for the respective filing fees.

Date: 5/29/2015

Respectfully submitted,

Samuel K. Giles, MBA
U.S. Patent Agent, Reg. No. 68,877
INTELLECTUAL CAPITAL CONSULTING, LTD.
3160 W. 71st Avenue, Ste. 307
Westminster, CO 80030
skgiles@icapitalconsulting.com
419.699.5600