Samuel K. Giles, MBA U.S. Patent Agent Reg. # 68,877
INTELLECTUAL CAPITAL CONSULTING, LTD.
3160 W. 71st Avenue, Suite 307
WESTMINSTER, COLORADO 80030
(800) 545-4290

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Intellectual Capital Consulting, Ltd., Plaintiff, | Civil Action No. |
| v. | PRO SE MOTION TO OBTAIN ECF LOGIN AND PASSWORD |
| Hyundai Motor Company, Hyundai Motor America, Hyundai Motor Manufacturing Alabama, LLC, General Motors Corporation, General Motors, LLC, Onstar, LLC, Audi AG Audi of America, LLC, Audi of America, Inc., Volkswagen AG, Volkswagen Group of America, Inc., BMW of North America, LLC., Bayerische Motoren Werke AG, Dr. Ing. h.c. F. Porsche AG, Porsche Cars North America, Inc., DEI Holdings, Inc., Directed Electronics, Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, LG Corporation, LG Electronics U.S.A. Inc., LG Electronics Mobilecomm U.S.A., Inc., Sony Corporation, Sony Electronics, Inc., Sony Corporation of America, Lenovo Limited Group, Lenovo Holding Company, Inc., Lenovo (United States), Inc., Motorola Mobility, Inc., Apple, Inc., Station Digital Media, Inc., and Rego Apps, LLC, Defendants. | JURY TRIAL DEMANDED |

## PRO SE MOTION TO OBTAIN ECF LOGIN AND PASSWORD

NOW COMES the Plaintiff, INTELLECTUAL CAPITAL CONSULTING, LTD. appearing pro se (hereinafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to obtain an ECF login and password. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently a named party in the above case.
2. Pro Se Litigant represents that it has the following systems required to participate in ECF:
   a. Personal computer that has current security patches applied.
   b. Word processing software for creating pleadings and software used to convert pleadings to PDF.
   c. PDF reading software used to read documents converted to PDF.
   d. An email account and Internet access with a minimum of 2 megabits per second (Mb/s) of bandwith for upload and download;
   e. Internet browser that is compatible with CM/ECF, such as Internet Explorer, Chrome or Firefox;
   f. A PACER account with PACER login and password;
   g. A document scanner and/or access to a document scanner.
3. As a condition of obtaining an ECF login and password, Pro Se Litigant understands and agrees to the following:
   a. That I am required to maintain and keep the aforementioned systems in working order;
   b. That I am required to review and will be expected to comply with all rules and procedures governing ECF;
   c. That I may only file electronic documents in the above captioned case;
   d. That the clerk's office will terminate my ECF Registration should an attorney subsequently file an appearance on my behalf in the above captioned case;

  e. That the court may terminate my ECF Registration at any time for failure to comply with any of the above conditions or other conditions stated in the ECF Registration Form.

WHEREFORE, Pro Se Litigant respectfully requests that the court:

 A. Grant the Motion to Obtain an ECF Login and Password;
 B. Grant such other relief as is equitable and just.

Date: 5/29/2015

            Respectfully submitted,

            Samuel K. Giles, MBA
            U.S. Patent Agent, Reg. No. 68,877
            INTELLECTUAL CAPITAL
            CONSULTING, LTD.
            3160 W. 71st Avenue, Ste. 307
            Westminster, CO 80030
            skgiles@icapitalconsulting.com

CERTIFICATE OF SERVICE

I hereby certify that on the first day of July 2015, I filed the foregoing document along with the original complaint with the Clerk of Court. I certify that a true and correct copy of said Motion will be sent to all case participants upon the institution of the complaint with the Court.

Date: 5/29/2015

Respectfully submitted,

Samuel K. Giles, MBA
U.S. Patent Agent, Reg. No. 68,877
INTELLECTUAL CAPITAL CONSULTING, LTD.
3160 W. 71st Avenue, Ste. 307
Westminster, CO 80030
skgiles@icapitalconsulting.com