IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL CAPITAL CONSULTING, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR COMPANY, et al., <br><br> Defendants. | Case No. 2:15-cv-00917-RWS-RSP |

### ORDER GRANTING PORSCHE CARS NORTH AMERICA, INC. AND DR. ING. H.C. F. PORSCHE AG'S MOTION TO DISMISS UNDER RULE 12(B)(6)

Before the Court is Porsche Cars North America, Inc. and Dr. Ing. h.c. F. Porsche AG's Motion to Dismiss Under Rule 12(b)(6). For good cause shown, the Court hereby **GRANTS** the motion. This action is dismissed without prejudice, and Plaintiff is given leave to refile but only if it appears before this Court with licensed counsel and further provided that any such refiled action adheres to, and is in full compliance with, the pleading and joinder standards. If, within thirty days, Plaintiff does not refile, this dismissal will become with prejudice.