# Exhibit 1

About Wayne | Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

| Details | | | |
|---|---|---|---|
| Name | Intellectual Captial Consulting, Ltd | | |
| Status | Good Standing | Formation date | 12/01/2010 |
| ID number | 20101652856 | Form | Limited Liability Company |
| Periodic report month | March | Jurisdiction | Colorado |
| | | Term of duration | Perpetual |
| Principal office street address | 3160 W. 71st Ave, Suite # 3-307, Westminster, CO 80030, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | Samuel K Giles |
| Street address | 3160 W. 71st Ave, Suite #3-307, Westminster, CO 80030, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms and Conditions