AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas



| | | |
|---|---|---|
| INTELLECTUAL CAPITAL CONSULTING, LTD. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:15-cv-00917-RWS-RSP |
| HYUNDAI MOTOR COMPANY et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samsung Electronics Co., Ltd.
Samsung Main Building, 250
Taepyeongno 2-ga, Jung-gu
Seoul, South Korea

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Samuel K. Giles
INTELLECTUAL CAPITAL CONSULTING, LTD.
3160 W.71st Avenue, Suite 307
Westminster CO 80030
p) 800.545.4290 ext. 100
e) skgiles@icapitalconsulting.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/14/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-00917-RWS-RSP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Samsung Electronics Co., Ltd.
was received by me on *(date)* 9/19/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I served the summons via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/22/2015

_____
*Server's signature*

SHADI ZAHEDI
*Printed name and title*

3160 W. 71st Ave. APT 307, Westminster, CO 80030
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Samsung Electronics Co., Ltd.
    c/o Gillam & Smith
    303 S. Washington Ave
    Marshall, TX 75670

    9590 9403 0502 5173 6497 42

2. Article Number *(Transfer from service label)*

    7015 1520 0002 3710 0440

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                    9/24/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053                Domestic Return Receipt