IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL CAPITAL CONSULTING, LTD., <br><br> *Plaintiff* <br><br> vs. <br><br> HYUNDAI MOTOR COMPANY ET AL, <br><br> *Defendants* | Civil Action No. 2:15-CV-917-RWS-RSP |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND <u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>**

On this day came for consideration Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.'s Agreed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. After considering the same, the Court is of the opinion that the motion should be GRANTED.

The deadline for Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. to answer or otherwise respond to Plaintiff's complaint is hereby extended up to and including March 14, 2016.

IT IS FURTHER ORDERED that service of process for Samsung Electronics Company, Ltd. has been waived.

**SIGNED this 25th day of November, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE